**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Debra Denise Thomas** | Social Security number or ITIN  **xxx–xx–5988** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **7**  **6/12/19** |
| Case number: | **19–16827** | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Debra Denise Thomas | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6511 S Maryland Ave<br>APT# 2nd Floor<br>Chicago, IL 60637 | |
| 4. | **Debtor's attorney**<br>Name and address | Ricardo Gomez<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603 | Contact phone (312) 332–1800<br>Email:  ndil@geracilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Frances Gecker<br>1327 W. Washington Boulevard<br>Suite 5G–H<br>Chicago, IL 60607 | Contact phone 312–276–1400<br>Email: fgecker@fgllp.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 6/13/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 26, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/24/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 19-16827-TAB
Debra Denise Thomas                                                     Chapter 7
      Debtor               **CERTIFICATE OF NOTICE**

District/off: 0752-1            User: nbatson               Page 1 of 2              Date Rcvd: Jun 13, 2019
                                Form ID: 309A               Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db           +Debra Denise Thomas,    6511 S Maryland Ave,    APT# 2nd Floor,    Chicago, IL 60637-4207
27923516     +ACL Laboratories,    Billing,    PO Box 27901,    West Allis,WI 53227-0901
27923499    ++CREDITORS' DISCOUNT & AUDIT CO    CDA,   ATTN KEN ARMSTRONG,    415 E MAIN ST,    PO BOX 213,
               STREATOR IL 61364-0213
              (address filed with court: Creditors Discount & A,    Attn: Bankruptcy Dept.,    415 E Main St,
               Streator,IL 61364)
27923501     +Cmre. 877-572-7555,    Attn: Bankruptcy Dept.,    3075 E Imperial Hwy Ste,    Brea,CA 92821-6733
27923508     +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
27923507     +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
27923514     +Integrated Imaging Consultants PLLC,    Bankruptcy Dept.,    44000 Garfield Rd.,
               Clinton Township,MI 48038-1125
27923512     +PHH Mortgage Services,    Bankruptcy Department,    PO Box 0112,    Palatine,IL 60078-0112
27923513     +Specialized Loan Services,    Bankruptcy Department,    8742 Lucent Blvd., Ste. 300,
               Highlands Ranch,CO 80129-2386
27923498     +T-Mobile,   C/O Credence Resource MANA,    17000 Dallas Pkwy Ste 20,    Dallas,TX 75248-1938
27923506     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: ndil@geracilaw.com Jun 14 2019 02:11:35     Ricardo Gomez,    Geraci Law L.L.C.,
               55 E. Monroe St. Suite #3400,    Chicago, IL  60603
tr           +EDI: QFGECKER.COM Jun 14 2019 05:58:00      Frances Gecker,    1327 W. Washington Boulevard,
               Suite 5G-H,    Chicago, IL 60607-1912
27923499      E-mail/Text: karmstrong@cdac.biz Jun 14 2019 02:11:58      Creditors Discount & A,
               Attn: Bankruptcy Dept.,    415 E Main St,    Streator,IL 61364
27923517     +E-mail/Text: comedbankruptcygroup@exeloncorp.com Jun 14 2019 02:13:43      Commonwealth Edison,
               Attn: System Credit/BK Dept,    3 Lincoln Center 4th Floor,    Oakbrook Terrace,IL 60181-4204
27923497     +EDI: DCI.COM Jun 14 2019 05:58:00      Directv,   C/O Diversified Consultant,
               10550 Deerwood Park Blvd,    Jacksonville,FL 32256-0596
27923494     +E-mail/Text: bankruptcy@fncbinc.com Jun 14 2019 02:11:50      First National Collection Bureau,
               Bankruptcy Dept.,    PO BOX 4115,    Dept 940,   Concord,CA 94524-4115
27923493     +EDI: AMINFOFP.COM Jun 14 2019 05:58:00      First Premier BANK,    Attn: Bankruptcy Dept.,
               601 S Minnesota Ave,    Sioux Falls,SD 57104-4868
27923492     +EDI: PHINAMERI.COM Jun 14 2019 05:58:00      GM Financial,    Attn: Bankruptcy Dept.,
               Po Box 181145,    Arlington,TX 76096-1145
27923510      E-mail/Text: rev.bankruptcy@illinois.gov Jun 14 2019 02:12:48
               Illinois Department of Revenue,    Bankruptcy Department,    PO Box 64338,
               Chicago,IL 60664-0338
27923511     +EDI: IRS.COM Jun 14 2019 05:58:00      IRS Non-Priority,    Bankruptcy Dept.,    PO Box 7346,
               Philadelphia,PA 19101-7346
27923500      EDI: JEFFERSONCAP.COM Jun 14 2019 05:58:00      Fingerhut Direct Mrkting,
               C/O Jefferson Capital SYST,    16 Mcleland Rd,    Saint Cloud,MN 56303
27923515      E-mail/Text: usbknotice@ncc.us Jun 14 2019 02:11:56      Nationwide Credit & Collection,
               Bankruptcy Department,    815 Commerce Dr., Ste. 100,    Oak Brook,IL 60523
27923509      E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Jun 14 2019 02:13:53      Trinity Hospital,
               Attn: Bankruptcy Department,    PO Box 70173,    Chicago,IL 60673-0173
27923505     +EDI: BLUESTEM Jun 14 2019 05:58:00      Webbank/Fingerhut,    Attn: Bankruptcy Dept.,
               6250 Ridgewood Rd,    Saint Cloud,MN 56303-0820
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27923502*    +Cmre. 877-572-7555,    Attn: Bankruptcy Dept.,    3075 E Imperial Hwy Ste,    Brea,CA 92821-6733
27923503*    +Cmre. 877-572-7555,    Attn: Bankruptcy Dept.,    3075 E Imperial Hwy Ste,    Brea,CA 92821-6733
27923504*    +Cmre. 877-572-7555,    Attn: Bankruptcy Dept.,    3075 E Imperial Hwy Ste,    Brea,CA 92821-6733
27923496*    +First National Collection Bureau,    Bankruptcy Dept.,    PO BOX 4115,    Dept 940,
               Concord,CA 94524-4115
27923495*    +First Premier BANK,    Attn: Bankruptcy Dept.,    601 S Minnesota Ave,
               Sioux Falls,SD 57104-4868
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: nbatson            Page 2 of 2             Date Rcvd: Jun 13, 2019
                              Form ID: 309A            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Frances    Gecker    fgecker@fgllp.com,    fgecker@ecf.axosfs.com;csmith@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ricardo   Gomez    on behalf of Debtor 1 Debra Denise Thomas ndil@geracilaw.com
                                                                                          TOTAL: 3
```